CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq. SBN 166317
Phyl Grace, Esq. SBN 171771
Mail: PO Box 262490
   San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
   San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
Phylg @ potterhandy.com
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Francisco Duarte**, <br><br> Plaintiff, <br><br> v. <br><br> **M & L Brothers Pharmacy, Inc.,** a California Corporation, <br><br> Defendants. | **Case:** 2:14-CV-00029-ODW(Ex) <br><br> **Plaintiff's Statement of Genuine Disputes of Material Fact by Opposing Party** (in support of opposition to the MSJ) <br><br> Date: October 27, 2014 <br> Time: 1:30 P.M. <br> Ctrm: 11 <br><br> Hon. Otis D. Wright II |

Plaintiff Francisco Duarte submits this statement of genuine disputes of material facts, together with references to supporting evidence, in opposition to the defense motion for summary judgment.

| **Defendant's Statement of Uncontroverted Facts** | **Plaintiff's Response** |
|---|---|
| 1. Entrance signs to the parking lot contain tow away information. | Undisputed. |

| | |
|---|---|
| 2. The number of handicap spaces in the parking lot are based on the total number of spaces in the parking lot for the business but specifically exclude parking spaces in a separate but adjoining parking lot that are not part of Defendant's business.<br><br>     The business has only 7 parking spaces, including a handicap space. | Objection to the first sentence. This is just the defense interpretation of the law and is not a factual statement at all.<br><br>As to the second sentence, the plaintiff disputes that there are only 7 spaces that serve the Victory Drug.<ul><li>Defense Evidence (Jones Dec), ¶ 4-5; Defense Exhibits 2-3.</li><li>Plaintiff's Evidence: Plaintiff's Exhibit 3 (Photos), photos 2-4 & 7-10 (these photos show the signage stating that the additional parking to the north is available for Victory Drug)</li></ul> |
| 3. Handicap spaces, including a van accessible space, are indicated by signage and striping. | Objection. It is unclear whether this statement is a general statement of law or supposed to be a factual claim about this particular property. |

| | |
|---|---|
| | Plaintiff does not dispute that there is a van space that is indicated by signage and striping in the western lot, but plaintiff disputes that it complies with the ADA.<br>• Defense Evidence: Joes Dec. ¶ 6; Defense Exhibit 3;<br>• Plaintiff's Evidence: Plaintiff's Exhibit 2 (Expert Bishop's Dec), ¶ 12-13; Plaintiff's Exhibit 3 (Photos), photos 11-13. |

Dated: October 5, 2014    CENTER FOR DISABILITY ACCESS

/s/ Mark Potter
By:_____
Mark Potter, Esq.
Attorneys for Plaintiff